Doc#: 36737 Bk:29739 Pg: 192

| | This space for Recorder's use | |
|---|---|---|
| DocID# | Recording Requested By:<br>Bank of America<br>Prepared By:<br>Diana De Avila<br>800-444-4302<br>1800 Tapo Canyon Road<br>Simi Valley, CA 93063 | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036 |
| Property Address:<br>44 Wardtown Rd<br>Freeport, ME 04032-6806<br>Property Location:<br>Township of FREEPORT<br>MER-AM 18976873    6/23/2012 | | |

MIN #:                                                     MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP whose address is C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| Original Lender: | AMERICAN RESIDENTIAL MORTGAGE |
|---|---|
| Borrower(s): | BRIAN K. SEGAL, UNMARRIED AND PATRICK O'DONAGHUE, UNMARRIED |
| Date of Mortgage: | 11/22/2006 |
| Original Loan Amount: | $80,000.00 |

Recorded in Cumberland County, ME on: 11/27/2006, book 24601, page 3 and instrument number 77233

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
JUN 2 5 2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: Luis Roldan
    Assistant Secretary

EXHIBIT D

Doc#: 36737 Bk:29739 Pg: 193

State of California
County of Ventura

On __JUN 25 2012__ before me, Dee Ann Westfall Cortes, Notary Public, personally appeared __Luis Robson__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Dee Ann Westfall Cortes_ (Seal)
Notary Public    Dee Ann Westfall Cortes
My Commission Expires: July 1, 2012

DEE ANN WESTFALL CORTES
Commission # 1805013
Notary Public - California
Los Angeles County
My Comm. Expires Jul 1, 2012

DocID#

Received
Recorded Register of Deeds
Jul 11, 2012 08:32:52A
Cumberland County
Pamela E. Lovley

CUMBERLAND
A TRUE COPY OF RECORD
Attest _____
Register