Doc#:   5354 Bk:32071 Pg: 167


DocID#

Property Address:
44 Wardtown Road
Freeport, ME 04032
Property Location:
Township of FREEPORT
MI A-AM  31111037  10/3/2014  MCM0930

This space for Recorder's use

Recording Requested By:
Bank of America
Prepared By:
Diana De Avila
800-444-4302
1800 Tapo Canyon Road
Simi Valley, CA 93063

When recorded mail to:

Return to:
Orion Financial Group, Inc.
2860 Exchange Blvd, Suite 100
Southlake, TX 76092

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 does hereby grant, sell, assign, transfer and convey unto VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, IT'S TRUSTEE whose address is 7500 OLD GEORGETOWN RD, SUITE 1300, BETHESDA, MD 20814 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN RESIDENTIAL MORTGAGE, ITS SUCCESSORS AND ASSIGNS

Borrower(s): BRIAN K. SEGAL, UNMARRIED AND PATRICK O'DONAGHUE, UNMARRIED

Date of Mortgage: 11/22/2006
Original Loan Amount: $80,000.00

Recorded in Cumberland County, ME on: 11/27/2006, book 24601, page 3 and instrument number 77233

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on DEC 04 2014

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP

By: _____
Trisha Jackson
Assistant Vice President

Orion Financial Group Inc.
SEGAL, BRIAN   *14091215*
VEN2013-I-NH-FREDDIE

**EXHIBIT E**

Doc#:   5354 Bk:32071 Pg: 168

State of California
County of Ventura

On __DEC - 4 2014__ before me, __Takayuki E. Uto__, Notary Public, personally appeared __Trisha Jackson__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____
Takayuki E. Uto
My Commission Expires: 05/24/2017

(Seal)

TAKAYUKI E. UTO
Commission # 2026020
Notary Public - California
Los Angeles County
My Comm. Expires May 24, 2017

Received
Recorded Register of Deeds
Feb 10, 2015 09:27:56A
Cumberland County
Nancy A. Lane

DocID#

CUMBERLAND C...
A TRUE COPY OF RECORD
Attest _____
Register