DOC :55577   BK:34425   PG:103

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan No:
Svcr Ln No:
Custodian ID



## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, whose address is 1114 AVENUE OF THE AMERICAS, SUITE 2700, NEW YORK, NY 10036, (ASSIGNOR), does hereby grant, assign and transfer to WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST, whose address is 1114 AVENUE OF THE AMERICAS, SUITE 2700, NEW YORK, NY 10036, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 11/22/2006
Original Loan Amount: $80,000.00
Executed by (Borrower(s)): BRIAN K SEGAL & PATRICK O'DONOGHUE
Original Lender: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN RESIDENTIAL MORTGAGE, ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Mortgage Book/Liber/Volume 24601, Page 3,
Document/Instrument No: 77233 in the Recording District of CUMBERLAND, ME, Recorded on 11/27/2006.

Property more commonly described as: 44 WARDTOWN ROAD, FREEPORT, MAINE 04032

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 9/28/17

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, BY MERIDIAN ASSET SERVICES, INC., ITS ATTORNEY-IN-FACT

By: DOUGLAS HARVEY
Title: ASSISTANT VICE PRESIDENT

Witness Name: JAMES SELLERS



EXHIBIT H

DOC :55577   BK:34425   PG:104
RECEIVED - RECORDED, CUMBERLAND COUNTY REGISTER OF DEEDS
10/31/2017, 08:26:45A
Register of Deeds Nancy A. Lane   E-RECORDED

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of     **FLORIDA**
County of    **PINELLAS**

On __9/28/17__, before me, GERALD E. MURCH, a Notary Public, personally appeared DOUGLAS HARVEY, ASSISTANT VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, INC., AS ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct. I further certify DOUGLAS HARVEY, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_/s/ Gerald E. Murch_

(Notary Name): GERALD E. MURCH
My commission expires: 2/13/2018

GERALD E. MURCH
MY COMMISSION # FF 092604
EXPIRES: February 13, 2019
Bonded Thru Budget Notary Services